

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2008R01729

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2011

Michael Schneider, Esq.
Federal Defenders of New York
1 Pierrepont Plaza
16th Floor
Brooklyn, New York 11201

       Re:  United States v. Juan Carlos Escobar Rodriguez
            Criminal Docket No. 09-718 (SJ)

Dear Mr. Schneider:

      I enclose photographs of rest stops located on the New Jersey Turnpike that were recently taken by Detective Trujillo.

      Please contact me if you have any questions.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:      /s/
                              Marisa Megur Seifan
                              Assistant U.S. Attorney
                              (718) 254-6008